UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

| | |
|---|---|
| JAMES M. KERNAN, | STIPULATION OF DISCONTINUANCE PURSUANT TO RULE 41(A) |
| Plaintiff, | |
| -against- | Civil Case No. 6:11-CV-1212 |
| BENJAMIN M. LAWSKY in his official capacity as COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF FINANCIAL SERVICES, formerly known as the NEW YORK STATE DEPARTMENT OF INSURANCE and UNITED STATES OF AMERICA, | (FJS)(DEP) |
| Defendants. | |

-----------------------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: December 29, 2011
       Utica, New York

KERNAN AND KERNAN, P.C.

by _/s/ Leighton R. Burns_____
Leighton R. Burns, Esq., of Counsel
Bar Roll No. 101250
Attorney for Plaintiff
Address and Post Office Address
185 Genesee Street, Suite 1401
Utica, New York 13501
Telephone: (315) 797-8300

Dated: ~~December~~ January 4, 2012
       Syracuse, New York

                ERIC T. SCHNEIDERMAN
                NEW YORK STATE ATTORNEY GENERAL

                by _/s/ Timothy P. Mulvey_
                Timothy P. Mulvey, Esq., of Counsel
                Bar Roll No. 510757
                Attorney for Defendant Benjamin J. Lawsky
                Address and Post Office Address
                Office of the Attorney General
                615 Erie Boulevard West, Suite 102
                Syracuse, New York 13204

Dated: December ___, 2011
       Syracuse, New York

                RICHARD S. HARTUNIAN
                UNITED STATES ATTORNEY

                by _/s/ Paula Ryan Conan_
                Paula Ryan Conan, Esq., of Counsel
                Bar Roll No. 102506
                Assistant United States Attorney
                Attorney for Defendant United States of America
                Address and Post Office Address
                Office of the United States Attorney – Syracuse
                100 South Clinton Street, P.O. Box 7198
                Syracuse, New York 13261-7198

Dated: December ___, 2011
       Syracuse, New York

SO ORDERED:

_____
HON. FREDERICK J. SCULLIN, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2